UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ROSINA FELICIANO, INDIVIDUALLY, and on behalf
of all others similarly situated,

                                                          Plaintiffs,

against.
                                                          **UNSEALING ORDER**
                                                          24-cv-07212 (ALC) (SLC)

THE CITY OF NEW YORK, ET AL.,
                                     Defendants.
----------------------------------------------------------------- X

       **IT IS FURTHER ORDERED** that the City of New York, Corporation Counsel including the Law Office of Rudy Velez & Associates, shall not be bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55 as it relates to the following cases, listed in Exhibit A, attached herein to Rider to Unsealing Order. The files listed in the Rider contain information regarding individuals whose convictions were vacated and sealed in relation to or as a result of Joseph Franco's termination from the New York City Police Department.

       **IT IS FURTHER ORDERED** that The Bronx Supreme Court Clerk's Office allow the copying of all necessary documents contained in the respective files to the above mentioned counsel. The use of the records listed in the Rider to this Order is restricted to use in the above-entitled civil rights action.

       **IT IS FURTHER ORDERED** that the use of any non-public information herein shall be limited to the Corporation Counsel, the Law Office of Rudy Velez & Associates, and experts in the present matter, with the understanding that OCA and District Attorney's Office are already in possession of their respective portions of this information, and this Order does nothing to affect their ability to access and/or utilize information already within their possession.

Dated: New York, New York

April 28, 2025

SO ORDERED:

_____
Andrew L. Carter, Jr.
U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ROSINA FELICIANO, INDIVIDUALLY, and on behalf
of all others similarly situated,

                                   Plaintiffs,      **RIDER TO**
                                                       **UNSEALING ORDER**
against.                                             24-cv-07212 (ALC) (SLC)

THE CITY OF NEW YORK, ET AL.,
                    Defendants.
------------------------------------------------------------------------ X

1. The following are subject to the Court's Order for unsealing:

| Name Of Defendant | Indictment Number |
|---|---|
| Adam Concepcion | 2519/2012 |
| Cicero Williams | 3957/2013 |
| Braulio Jimenez | 1705/2012 |
| Darren McBride | 3085/2015 |
| Rasul Singleton | 1219/2015 |
| Juilo Suarez | 399/2013 |
| Bacilio Torres | 566/2013 |
| Luis Durant | 784/2013 |
| Jose Matias | 905/2013 |
| Maria Acosta | 1537/2013 |
| Rene Valencia | 3631/2013 |
| Anika Parrilla | 1595/2013 |
| Christopher Brown | 1717/2012 |
| David Carter | 1988/2012 |
| Carlos Lopez | 2394/2012 |
| Rosina Feliciano | 2440/2012 |
| Edwin Figueroa | 2499/2012 |
| Fletcher Davis | 631/2013 |
| Orlando Alvarez | 1265/2013 |
| Ricardo Reyes | 1265/2013 |
| Carlos Rodriguez | 1682/2011 |
| Angel Sanchez | 3291/2011 |
| Shamar Jefferson | 1999/201 |
| Shenel Green | 3729/2012 |

Page 2: Rider

| Name Of Defendant | Indictment Number |
|---|---|
| Rene Valencia | 1732/2013 |
| Jose Sotello | 561/2015 |
| George Dennis | 561/2015 |
| Alexis Sanchez | 2533/2013 |
| Olmedo Alvarado | 1265/2014 |
| Ramon Hernadndez | 340/2014 |
| Christophe Perez | 1895/2013 |
| Ramon Torres | 2047/2011 |
| Jonathan Flores | 3610/2011 |
| Robert Westin | 2452/2013 |
| Luis Baez | 1682/2011 |
| Cisco Coril | 3364/2011 |
| Silvio Vargas | 921/2015 |
| Manuel Sanchez | 92/2015 |
| Jose Galeano-Velasquez | 2607/2012 |

Dated: New York, New York

April 28, 2025

_Andrew L. Carter, Jr._
Andrew L. Carter, Jr.
U.S. District Judge