UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ROSINA FELICIANO, individually and on behalf of all others similarly situated,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, and JOSEPH FRANCO,
                                              Defendants.

------------------------------------------------------------------------x

**UNSEALING ORDER**

24 Civ. 7212 (ALC) (SLC)

**IT IS HEREBY ORDERED** that the statutory sealing requirements of New York Criminal Procedure Law §§ 160.50 and 160.55 shall be held not to apply for the limited purpose of allowing the Office of Court Administration for the State of New York ("OCA") and the Bronx District Attorney's Office to be permitted to search for and provide certain information regarding individuals whose convictions were vacated, dismissed, and/or sealed in relation to or as a result of Joseph Franco's termination from the New York City Police Department, to Corporation Counsel of the City of New York and to Plaintiffs' counsel for use in the above-captioned case only;

**IT IS FURTHER ORDERED THAT THE BRONX DISTRICT ATTORNEY'S OFFICE** shall provide to the Corporation Counsel of the City of New York and Plaintiffs' counsel the following information retained by the Bronx District Attorney's Office: the names and indictment and/or docket numbers of all individuals whose convictions were vacated as a result of or in relation to Joseph Franco's termination from the New York City Police Department and dismissed on or about the following dates and under the following circumstances:

- Bronx Criminal Court, Part MSG, Judge Grasso, July 14, 2021
- Bronx Supreme Court, Part 17, Justice Alvarado, September 24, 2021

- Bronx Supreme Court, Part 23, Judge Lewis, January 20, 2022
- Bronx Supreme Court, Part 23, Justice Lewis, December 6, 2022
- Bronx Supreme Court, Part 23, Justice Lewis, December 12, 2022
- Bronx Criminal Court, Part TP2, Judge Martin, September 6, 2023

**IT IS FURTHER ORDERED THAT THE OFFICE OF COURT ADMINISTRATION** provide to the Corporation Counsel of the City of New York and Plaintiffs' Counsel the following information retained by the OCA: (1) documents reflecting the length of incarceration of any individuals identified by the Bronx District Attorney's Office in response to the preceding paragraph, including but not limited to those individuals' "Uniform Sentence & Commitment" reports; and (2) the Criminal Justice Agency ("CJA") reports of individuals identified by the Bronx District Attorney's Office in response to the preceding paragraph.

**IT IS FURTHER ORDERED THAT** that the distribution of any non-public information provided herein shall be limited to the Office of the Corporation Counsel, Plaintiffs' Counsel, and experts in the present matter, with the understanding that OCA and District Attorney's Office are already in possession of their respective portions of this information, and this Order does nothing to affect their ability to access and/or utilize information already within their possession.

Dated: New York, New York
April 28, 2025

SO ORDERED:

_____
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE