UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ROSINA FELICIANO, individually and on behalf of all others similarly situated,

                                        Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, and JOSEPH FRANCO,
                                        Defendants.

------------------------------------------------------------------------x

**SECOND UNSEALING ORDER**

24 Civ. 7212 (ALC) (SLC)

      **IT IS HEREBY ORDERED** that the statutory sealing requirements of New York Criminal Procedure Law §§ 160.50 and 160.55 shall be held not to apply for the limited purpose of allowing the Manhattan District Attorney's Office, the Office of the Special Narcotics Prosecutor for the City of New York, and the Office of Court Administration to be permitted to search for and provide certain information regarding individuals whose convictions were vacated, dismissed, and/or sealed in relation to or as a result of Joseph Franco's termination from the New York City Police Department, to Corporation Counsel of the City of New York and to Plaintiffs' counsel for use in the above-captioned case only;

      **IT IS FURTHER ORDERED THAT THE MANHATTAN DISTRICT ATTORNEY'S OFFICE** shall provide to the Corporation Counsel of the City of New York and Plaintiffs' counsel the following information retained by the Manhattan District Attorney's Office: the names and indictment and/or docket numbers of all individuals whose convictions were dismissed, vacated, and/or sealed as a result of or in relation to Joseph Franco's termination from the New York City Police Department and dismissed on or about the following dates and under the following circumstances:

- November 8, 2018 – Supreme Court Part 93 (Presiding Judge: Hon. Ellen Biben)
- December 8, 2018 – Supreme Court Part 72 (Presiding Judge: Hon. Robert Stolz)
- January 7, 2019 – Criminal Court Part F (Presiding Judge: presently unknown)
- January 8, 2019 – Criminal Court Part F (Presiding Judge: presently unknown)
- April 19, 2021 – Supreme Court Part 31 (Presiding Judge: Hon. Diane Kiesel)
- May 18, 2021 – Criminal Court Part 7A (Presiding Judge: Hon. Phyllis Chu)
- May 21, 2021 – Supreme Court Part TAP-A (Presiding Judge: Hon. Ellen Biben)

**IT IS FURTHER ORDERED THAT THE OFFICE OF THE SPECIAL NARCOTICS PROSECUTOR FOR THE CITY OF NEW YORK** shall provide to the Corporation Counsel of the City of New York and Plaintiffs' counsel the following information retained by the Office of Special Narcotics Prosecutor: the names and indictment and/or docket numbers of all individuals whose convictions were dismissed, vacated, and/or sealed as a result of or in relation to Joseph Franco's termination from the New York City Police Department and dismissed on or about the following dates and under the following circumstances:

- May 25, 2021 – Supreme Court Part TAP-A (Presiding Judge: Hon Ellen Biben)
- June 2, 2021 – Supreme Court Part TAP-A (Presiding Judge: Hon. Ellen Biben)

**IT IS FURTHER ORDERED THAT THE OFFICE OF COURT ADMINISTRATION** provide to the Corporation Counsel of the City of New York and Plaintiffs' Counsel the following information retained by the OCA: (1) the "Uniform Sentence & Commitment" reports of those individuals identified by the Manhattan District Attorney's Office and the Office of the Special Narcotics Prosecutor pursuant to the preceding paragraphs; and (2) the Criminal Justice Agency ("CJA") reports of individuals identified by the Manhattan District

Attorney's Office and the Office of the Special Narcotics Prosecutor pursuant to the preceding paragraphs.

**IT IS FURTHER ORDERED THAT** that the distribution of any non-public information provided herein shall be limited to the Office of the Corporation Counsel, Plaintiffs' Counsel, and experts in the present matter, with the understanding that the Office of Court Administration, the Manhattan District Attorney's Office, and the Office of the Special Narcotics Prosecutor are already in possession of their respective portions of this information, and this Order does nothing to affect their ability to access and/or utilize information already within their possession.

Dated: New York, New York
      August 1, 2025

SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE ANDREW L. CARTER, JR