UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSINA FELICIANO, <u>on behalf of all others similarly situated</u>,

                Plaintiff,

-v-

THE CITY OF NEW YORK, <u>et al.</u>,

                Defendants.

CIVIL ACTION NO. 24 Civ. 7212 (ALC) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on September 29, 2025, a telephone conference to discuss the status of the parties' settlement discussions is scheduled for **November 13, 2025, at 10:30 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Further, Plaintiff's letter motion (Dkt. No. 65 (the "Motion")) for an Order directing the Bronx Supreme Court clerk to provide Plaintiff's counsel with 25 files per day is **DENIED** for the reasons discussed at the September 29, 2025 telephone conference.

Dated:      New York, New York
             September 29, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge