

**MEMO ENDORSED**

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**RACHEL SELIGMAN WEISS**
(212) 356-2422
rseligma@law.nyc.gov

February 25, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Rosina Feliciano, et al., v. the City of New York, et al.*, 24-CV-7212 (ALC)
(SLC)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of York, and an attorney for defendant the City of New York in the above-captioned matter. Defendant writes to respectfully request an adjournment of the settlement conference currently scheduled for March 5, 2026 at 10:00 a.m., and that the parties be relieved of their obligations to file any pre-settlement position letters.

As the Court is likely aware, a new Comptroller assumed office as of January 1, 2026. Defendant seeks an adjournment of the conference to afford the Comptroller's Office additional time to review this case. As part of said review, the Comptroller's Office will need to analyze data and documents received from the various District Attorneys' Offices and the New York State Office of Court Administration. Unfortunately, the data as provided is not neatly packaged. Indeed, it is a significant undertaking to digest the data in a way that it can be understood for valuation purposes. Furthermore, upon information and belief, the Comptroller's Office is currently short-staffed –further contributing to the delay in finalizing authority in this case.

This office is mindful of the Court's time as well as that of plaintiffs' counsel, and sincerely apologizes for any inconvenience caused by this request. Accordingly, we respectfully request an adjournment of the March 5, 2026 settlement conference and that the parties be relieved of their obligation to file any pre-settlement position letters.

1

Thank you for your consideration of this request

Respectfully submitted,

*Rachel Seligman Weiss /s*
Rachel Seligman Weiss

cc:    **VIA ECF**
       Rudy Velez, Esq.

---

The request at Dkt. No. 73 is **GRANTED**.  The in-person settlement conference scheduled for March 5, 2026, at 10:00 a.m. ET (Dkt. No. 72 (the "Conference")) is **ADJOURNED** to **May 7, 2026, at 10:00 a.m. ET** and will take place <u>in-person</u> in Courtroom 18A, 500 Pearl Street, New York, New York.  Any participant requesting permission to bring an electronic device (<u>e.g.</u>, cellphone, laptop, tablet) into the Courthouse for the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Plaintiff's deadline to make a settlement demand to Defendants is **EXTENDED** to **April 23, 2026**.  Defendants' deadline to inform Plaintiff of their response to the demand is **EXTENDED** to **April 30, 2026**.  The parties' deadline to email their written submissions and Attendance Acknowledgment Form to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) and opposing counsel pursuant to paragraph 4 of the Standing Order Applicable to Settlement Conferences before Magistrate Judge Cave, (Dkt. No. 72 at 2, 4), is **EXTENDED** to **May 1, 2026**.  All other directives in the Court's Order at Dkt. No. 72 shall remain in effect.

The Clerk of Court is respectfully directed to close Dkt. No. 73.

SO ORDERED.    February 26, 2026

SARAH L. CAVE
United States Magistrate Judge

2