**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

Feliciano et al                                      :
                                                     :
                              Plaintiffs,            :
                                                     :        24-cv-7212
                 -against-                           :
                                                     :        **ORDER**
City of New York                                     :
                              Defendant.             :
                                                     :
                                                     :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 24, 2025, Defendants filed a letter requesting an unsealing order. ECF No. 54.

The Court ordered the requested records unsealed in ECF No. 56. The Clerk of Court is

respectfully requested to terminate ECF No. 54.


**SO ORDERED.**

**Dated:**   March 30, 2026
        **New York, New York**                        _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**