UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Feliciano et al                                            :
                                                           :
                                    Plaintiffs,            :
                                                           :      24-cv-7212
                    -against-                              :
                                                           :      __ORDER__
City of New York                                           :
                                    Defendant.             :
                                                           :
                                                           :
                                                           :

----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' May 11, 2026 letter requesting a pre-motion conference and Defendants' May 12, 2026 response. At this time, Plaintiffs' request is denied without prejudice. The Parties are ORDERED to continue negotiating towards settlement, at least of the Bronx cases. After the May 21, 2026 conference with Judge Cave, the Parties are ORDERED to file a joint status report by May 22, 2026.

**SO ORDERED.**

**Dated:**   May 12, 2026
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**