UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSINA FELICIANO, on behalf of all others similarly situated,

                        Plaintiff,

            -v-

THE CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO. 24 Civ. 7212 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 11, 2026 (the "Conference"), at which counsel for Plaintiff Rosina Feliciano, on behalf of all others similarly situated, ("Plaintiff") and counsel for the City of New York, the New York City Policy Department, and Joseph Franco (together, "Defendants") appeared.  At the Conference, the parties indicated they have not reached a settlement.  Accordingly, the Court **ORDERS** the following:

1.  By **June 25, 2026**, Plaintiff shall file her motion for class certification (the "MCC").

2.  By **July 30, 2026**, Defendants shall file their opposition to the MCC and cross-motion to dismiss (the "MTD").

3.  By **August 6, 2026**, Plaintiff shall file her reply in further support of the MCC and her opposition to the MTD.

4.  By **August 13, 2026**, Defendants shall file their reply in further support of the MTD.

Dated:       New York, New York          SO ORDERED.
             June 11, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**