THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**RACHEL SELIGMAN WEISS**
(212) 356-2422
rseligma@law.nyc.gov

Defendants' request at Dkt. No. 94 is **GRANTED**. The Court **EXTENDS** the briefing schedule on Plaintiffs' motion for class certification (Dkt. No. 89 (the "MCC")) and Defendants' anticipated cross-motion to dismiss (the "MTD"), (see Dkt. No. 87), as follows:

- By **August 31, 2026**, Defendants shall file their opposition to the MCC, and their MTD.
- By **September 8, 2026**, Plaintiffs shall file their reply in further support of the MCC, and their opposition to the MTD.
- By **September 15, 2026**, Defendants shall file their reply in further support of the MTD.

The Clerk of Court is respectfully directed to close Dkt. No. 94.

SO ORDERED. July 28, 2026

SARAH L. CAVE
United States Magistrate Judge

July 28, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rosina Feliciano, et al., v. the City of New York, et al.*,
24-CV-7212 (ALC) (SLC)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of York, and an attorney for defendant the City of New York ("Defendant") in the above-captioned matter. For the reasons set forth herein, Defendant respectfully requests an extension of time from July 30, 2026 until August 31, 2026 to file its opposition to plaintiffs' motion for class certification (the "MCC"), and its cross motion to dismiss the complaint (the "MTD"). If Your Honor is inclined to grant this request, it is also respectfully requested that the additional deadlines set forth below be similarly adjusted. Plaintiffs' counsel consents to these requests.

On June 11, 2026, following a telephone conference with Your Honor, Your Honor set the following schedule for briefing on plaintiffs' MCC and the MTD, *see* ECF 87:

- By June 25, 2026, Plaintiff shall file her MCC;
- By July 30, 2026, Defendants shall file their opposition to the MCC and MTD;
- By August 6, 2026, Plaintiff shall file her reply in further support of the MCC and her opposition to the MTD; and
- By August 13, 2026, Defendants shall file their reply in further support of the MTD.

On June 22, 2026, consistent with the above schedule, plaintiffs filed their MCC, and supporting documents. *See* ECF ¶¶ 89-92. Last week, however, plaintiffs' counsel contacted the

undersigned to revisit settlement discussions. The parties are interested in continuing settlement discussions, and the proposed adjustment to the briefing schedule will provide an additional opportunity to attempt to resolve this matter.

Thank you for your consideration herein.

Respectfully submitted,

Rachel Seligman Weiss /s
Rachel Seligman Weiss

cc: Rudy Velez, Esq.