THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**RACHEL SELIGMAN WEISS**
(212) 356-2422
rseligma@law.nyc.gov

Defendants' request at Dkt. No. 98 is **GRANTED**. The Court **EXTENDS** the briefing schedule on Plaintiffs' motion for class certification (Dkt. No. 89 (the "MCC")) and Defendants' anticipated cross-motion to dismiss (the "MTD"), (see Dkt. No. 97), as follows:

- By **November 13, 2026**, Defendants shall file their opposition to the MCC, and their MTD.
- By **November 20, 2026**, Plaintiffs shall file their reply in further support of the MCC, and their opposition to the MTD.
- By **December 1, 2026**, Defendants shall file their reply in further support of the MTD.

Further, a telephone conference to discuss the status of the parties' settlement discussions is scheduled for **November 4, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 98.

SO ORDERED. September 22, 2026

SARAH L. CAVE
United States Magistrate Judge

September 22, 2026

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rosina Feliciano, et al., v. the City of New York, et al.*,
24-CV-7212 (ALC) (SLC)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of York, and an attorney for defendant the City of New York ("Defendant") in the above-captioned matter. For the reasons set forth herein, Defendant respectfully requests an additional extension of time from September 28, 2026 until November 13, 2026 to file its opposition to plaintiffs' motion for class certification (the "MCC"), and its cross motion to dismiss the complaint (the "MTD"). If Your Honor is inclined to grant this request, it is also respectfully requested that the additional deadlines for the motion be similarly adjusted.[1] Plaintiffs' counsel consents to this request.

The undersigned and Mr. Torres from Mr. Velez's office, on behalf of plaintiffs, have continued to engage in settlement discussions. Most recently, on September 10, 2026, Defendant communicated an increased offer and we understood that Mr. Torres intended to confer with Mr. Velez in order to respond. Plaintiffs, however, have not yet responded to defendant's latest offer. This additional extension of time will afford the parties the time needed to determine whether or not this matter can be settled and, if not, for defendant to finalize its motion papers.

[1] On August 27, 2026, Your Honor revised the briefing schedule as follows: "By September 25, 2026, Defendants shall file their opposition to the MCC, and their MTD. - By October 2, 2026, Plaintiffs shall file their reply in further support of the MCC, and their opposition to the MTD. - By October 9, 2026, Defendants shall file their reply in further support of the MTD." *See* ECF ¶97.

Thank you for your consideration herein.

Respectfully submitted,

*Rachel Seligman Weiss /s*
Rachel Seligman Weiss

cc: Rudy Velez, Esq.