UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSINA FELICIANO, on behalf of all others similarly situated,

Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 7212 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 17, 2026 (the "Nov. 17 Conference") to discuss the status of the parties' settlement discussions, at which counsel for Plaintiff Rosina Feliciano, on behalf of all others similarly situated ("Plaintiff") and counsel for Defendants the City of New York, the New York City Policy Department, and Joseph Franco (together, "Defendants") appeared. Following the Nov. 17 Conference, the Court **ORDERS** the following:

1. Another telephone conference to discuss the status of the parties' settlement discussions is scheduled for **December 10, 2026 at 10:00 a.m. ET** (the "Dec. 10 Conference") on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
2. As discussed during the Nov. 17 Conference, the briefing schedule on Plaintiff's motion for class certification (Dkt. No. 89 (the "MCC")) and Defendants' anticipated motion to dismiss (the "MTD") (see Dkt. No. 99) shall continue to be **HELD IN ABEYANCE** pending the Dec. 10 Conference.

3. In light of the parties' continued efforts to resolve this case, the Court **ADMINISTRATIVELY CLOSES** the MCC. (Dkt. No. 89). In the event the parties do not settle this case, Plaintiff may request that the Court reopen the MCC and set a briefing schedule on the MCC and MTD.

The Clerk of Court is respectfully directed to close Dkt. No. 89.

Dated: New York, New York
November 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**